UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CASE NO.  6:23-cr-237-GAP-RMN
8 U.S.C. § 1326(a)

JOHN WILSON
a/k/a Johnny WILSON
a/k/a Kevin BROWN
a/k/a Everton BROWN
a/k/a Everton A. BROWN
a/k/a Paul STEVENS

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about October 31, 2022, in the Middle District of Florida, the

defendant,

JOHN WILSON
a/k/a Johnny WILSON
a/k/a Kevin BROWN
a/k/a Everton BROWN
a/k/a Everton A. BROWN
a/k/a Paul STEVENS,

being an alien of the United States, who previously had been convicted of a

felony offense, including:

1. Illegal Alien in Possession of a Firearm and Ammunition, on or
   about January 22, 2003; and

2. Illegal Reentry After Deportation on or about June 21, 2009,

and was thereafter deported, excluded, and removed from the United States

on or about June 10, 2010, and who had not received the consent of the

Attorney General or the Secretary of Homeland Security to reapply for

admission to the United States, was found to be voluntarily in the United

States.

In violation of 8 U.S.C. § 1326(a) and (b)(2).

A TRUE BILL,

ROGER B. HANDBERG
United States Attorney

By: _____

Noah P. Dorman
Assistant United States Attorney

By: _____

Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

FORM OBD-34
December 23

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

### THE UNITED STATES OF AMERICA

vs.

JOHN WILSON
a/k/a Johnny WILSON
a/k/a Kevin BROWN
a/k/a Everton BROWN
a/k/a Everton A. BROWN
a/k/a Paul STEVENS

## INDICTMENT

Violations:  8 U.S.C. § 1326(a)

A true b̈...

_____

Filed in open court this 20ᵗʰ day of December, 2023.

_____
                              Clerk

Bail $_____