UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 6:23-cr-237-GAP-RMN

JOHN WILSON

**NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby respectfully requests that the Clerk of Court substitute the undersigned as government counsel for Assistant United States Attorney Jerry M. Harre.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Bianca S. Bansal*

Bianca S. Bansal
Special Assistant United States Attorney
USAO No. 230
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Bianca.Bansal@usdoj.gov

**U.S. v. John Wilson** **Case No. 6:23-cr-237-GAP-RMN**

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

N/A

*/s/ Bianca S. Bansal*
Bianca S. Bansal
Special Assistant United States Attorney
USAO No. 230
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Bianca.Bansal@usdoj.gov